UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERRY ALAN KING,<br><br>        Plaintiff,<br><br>    -against-<br><br>DONALD TRUMP; JOHN ROBERTS, JR.; NANCY PELOSI; CHARLES GRASSLEY; WILLIAM BARR; UNITED STATES OF AMERICA,<br><br>        Defendants. | 20-CV-9268 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued December 9, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: December 8, 2020
     New York, New York

                     COLLEEN McMAHON
                     Chief United States District Judge